# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**CHARLES HOUSE,**

      **Plaintiff,**

    v.                                                 Case No. 19-CV-397 (NJ)

**SCOTT M. CLELAND,**
**ANDREW M. MATSON,**
**DAVID B. ARVAI, and**
**BYRANT PETERSON,**

      **Defendants.**

## SETTLEMENT CONFERENCE MINUTES
## HONORABLE AARON E. GOODSTEIN, PRESIDING

DATE:    Wednesday, July 28, 2021

TIME COMMENCED:    10:00 AM        TIME CONCLUDED:    10:30 AM

APPEARANCES BY ZOOM:

<u>Plaintiff:</u> Charles House                 <u>Defendants:</u>

Attorneys Thomas R. Napierala         Attorney Jasmyne M. Baynard
B'Ivory LaMarr
Paul A. Strouse

COMMENTS: Upon due consideration of a proposal presented at the conclusion of the recent settlement conference, the parties have advised Magistrate Judge Goodstein that the case has been settled, subject to the approval of the Racine Common Council. Defendants' counsel will present the settlement agreement to the Common Council and, if approved, the appropriate settlement documents will be prepared and executed by the parties. A stipulation and proposed order for dismissal with prejudice will then be filed with the court.